United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NATALIA BERENISE CRUZ-CANALES | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00942 |
| | § | |
| BRET A. BRADFORD, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Natalia Berenise Cruz-Canales's Emergency Motion to Withdraw Agreed Motion for Nonsuit (Dkt. No. 12). Having considered the Motion and the record in this case, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Agreed Motion for Nonsuit (Dkt. No. 10) is WITHDRAWN and shall have no further force or effect.

Petitioner has filed her First Amended Petition for Writ of Habeas Corpus (Dkt. No. 13). Accordingly, Respondents are ORDERED to file an answer or other responsive pleading by **March 11, 2026**. If Respondents file a Motion to Dismiss or for Summary Judgment, then Petitioner may file a response within **FIVE DAYS** of the date on the certificate of service.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 4th day of March, 2026.

Keith P. Ellison
United States District Judge